■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN OTUNYO, Appellant. [37 NYS3d 875]—

Judgment, Supreme Court, New York County (Michael J. Obus,

J.), rendered May 23, 2013, convicting defendant, upon his plea of guilty, of criminal possession of stolen property in the third degree, and sentencing him to a term of five years' probation, unanimously affirmed.

Since defendant had an opportunity to withdraw his plea, and since he was aware that his plea had immigration consequences, his present challenges to his plea do not come within the narrow exception to the preservation requirement (see People v Conceicao, 26 NY3d 375, 381-383 [2015]; People v Peque, 22 NY3d 168, 183 [2013], cert denied 574 US —, 135 S Ct 90 [2014]), and we decline to review these unpreserved claims in the interest of justice. As an alternate holding, we find that the plea was knowing, intelligent and voluntary in all respects.

Defendant made a valid waiver of his right to appeal (see People v Sanders, 25 NY3d 337, 341 [2015]; People v Lopez, 6 NY3d 248, 256-257 [2006]), which forecloses review of his excessive sentence claim. Regardless of whether defendant validly waived his right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Andrias, Richter, Gische and Kahn, JJ.